**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| JAVIER REYNOSO VASQUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 2:26-cv-02265-TLP-cgc |
| v. ) | |
| ) | |
| TODD LYONS, Acting Director, U.S. ) | |
| Immigration and Customs Enforcement, ) | |
| FACILITY ADMINISTRATOR, Western ) | |
| Tennessee Detention Facility, PAM BONDI, ) | |
| Attorney General of the United States, and ) | |
| KRISTI NOEM, Secretary of Homeland ) | |
| Security, ) | |
| ) | |
| Respondents.[1] ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE
AND DIRECTING CLERK TO SERVE PETITION AND MODIFY DOCKET**

Pro se Petitioner Javier Reynoso Vasquez, a noncitizen detained in the West Tennessee

Detention Facility in Mason, Tennessee, petitions pro se for habeas corpus relief under 28 U.S.C.

§ 2241.  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and

this Order on Respondent by certified mail.  The Clerk shall also serve the United States

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to add "Christopher Bullock, Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office" as Respondent and to terminate all other named Respondents.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).

Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing on or before close of business on March 24, 2026, why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply within twenty-eight (28) days of service.  Petitioner may request an extension of time to reply if he moves for the extension on or before the due date of his reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 17th day of March, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE