# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| JAVIER REYNOSO VASQUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02311-TLP-cgc |
| v. | ) | |
| | ) | |
| SCOTT LADWIG,[1] | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER CONSOLIDATING CASES

Petitioner Javier Reynoso Vasquez, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions pro se for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1.)  But this Petition is the second one brought by Petitioner, this time after securing counsel.  *See Javier Reynoso-Vasquez v. Christopher Bullock*, Case No. 2:26-cv-02265-TLP-cgc.  In that case, the Government has responded to Petitioner's pro se Petition.

Based on a review of the record in each case, the Court finds that the cases involve common questions of law and fact.  *See* Fed R. Civ. P. 42(a).  The Court now finds that consolidating these cases will conserve judicial and party resources and will promote the efficient administration of justice.  *See id.*

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained. See *Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to add "Christopher Bullock, Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office" as Respondent and to terminate Scott Ladwig as Respondent.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).

The Court thus **ORDERS** the consolidation of this case with *Javier Reynoso-Vasquez v. Christopher Bullock*, Case No. 2:26-cv-02265-TLP-cgc.  The parties should file all future filings in either case under the earlier case number, Case No. 2:26-cv-02265-TLP-cgc.  The Court further respectfully **DIRECTS** the Clerk to consolidate the cases and reflect that Attorney Chelsea Paulette Sparkman is counsel of record for Petitioner.

Within **five days** of this Order, Petitioner shall deliver a copy of the Petition, under No. 2:26-cv-02311-TLP-cgc, and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Within **five days** after Petitioner fully complies with the above requirements and if Respondent wishes to add to their Response in Case No. 2:26-cv-02265-TLP-cgc, Respondent may respond to the Petition in writing.  Petitioner may file a reply within **two days** after Respondent's responsive filing.  Under the same deadline, Petitioner may reply to the Response in Case No. 2:26-cv-02265-TLP-cgc.  Petitioner may request an extension of time to reply if he moves for the extension on or before the due date of his reply.

**SO ORDERED**, this 31st day of March, 2026.

        s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE